**HARNESS LAW OFFICE, LLC**

R. Scott Harness, Attorney
rscott@harnesslawoffice.com

Abby R Morgan
Legal Assistant

October 5, 2022

Mr. Juan Arias-Ramirez
1001 S 2nd St.
Festus, MO 63028

RE: Chapter 13 Bankruptcy
Payments to Trustee
**22-43084**

Dear Mr. Arias-Ramirez:

Pursuant to your Chapter 13 plan you are to make monthly payments of $1560.00 per month to the office of the Chapter 13 Trustee. These payments **can be by money order,** and you should mail them to:

>Diana S. Daugherty
>Chapter 13 Trustee
>P.O. Box 2112
>Memphis, TN 38101-2112

Make your Money Order payable to *Diana S. Daugherty – Chapter 13 Trustee*. Be sure to include your case number 22-43084 on your Money Order. Your first payment is due on October 30th and the 30th of each month thereafter. You may also use the **on-line payment option** at Diana S. Daugherty, Standing Chapter 13 Trustee -- Eastern District of Missouri (ch13stl.com)

If you have any questions, please contact the office.

Cordially,

*R. Scott Harness*

R. Scott Harness

703 N. Truman Blvd.
Crystal City, MO 63019
636.931.8900 (o)
636.931.3899 (f)