IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JUAN ARIAS RAMIREZ,** <br><br> Plaintiff, <br><br> vs. <br><br> **COCA COLA COMPANY OF NORTH AMERICA,** <br><br> Defendant. | Case No. 4:22-cv-01077-RLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate, as provided in Rules 41(a)(1)(A)(ii) and 41(c) F.R.C.P., that:

Plaintiffs dismiss their complaint and all claims against Defendant with prejudice, each party to bear their own attorney fees and costs.

Respectfully submitted,

| **KASPER LAW FIRM, LLC** | **LITTLER MENDELSON, P.C.** |
|---|---|
| /s/ Kevin J. Kasper <br> Kevin J. Kasper, MO #52171 <br> Ryan P. Schellert, MO #56710 <br> 3930 Old Hwy 94 South – Suite 108 <br> St. Charles, MO 63304 <br> Tel: (636) 922-7100 <br> Fax: (866) 303-2874 <br> KevinKasper@KasperLawFirm.net <br> RyanSchellert@KasperLawFirm.net <br><br> *Attorneys for Plaintiff Juan Arias Ramirez* | */s/ Ava Pfeiffer (with consent)* <br> Joseph M. Wientge, Jr., #57494 <br> Ava Pfeiffer, #72963 <br> 600 Washington Ave, Suite 900 <br> St. Louis, MO 63101 <br> Tel: (314) 659-2000 <br> Fax:(314) 659-2099 <br> jwientge@littler.com <br> apfeiffer@littler.com <br><br> *Attorneys for Defendant The Coca Cola Company* |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court using the CM/ECF System which will send notification to the attorneys/parties of record:

                                            */s/ Kevin J. Kasper*